■ The People of the State of New York, Respondent, v Arthur J. Henry, Appellant. [967 NYS2d 862]—An appeal having

been taken to this Court by the above-named appellant from a judgment of the Supreme Court, New York County (Charles Solomon, J.), rendered on or about October 5, 2010, said appeal having been argued by counsel for the respective parties, due deliberation having been had thereon, and finding the sentence not excessive, it is unanimously ordered that the judgment so appealed from be and the same is hereby affirmed. Concur— Friedman, J.P., Richter, Feinman, Gische and Clark, JJ.